902 F.2d 1567
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Melvin Leroy WHITE, Petitioner-Appellant,
v.
WARDEN, BUCKINGHAM CORRECTIONAL CENTER, Respondent-Appellee.
 No. 89-6836.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 28, 1990.
Decided May 2, 1990.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, United States Magistrate. (C/A No. 89-133-R)
 Melvin Leroy White, appellant pro se.
 Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Va., for appellee.
 E.D.Va.
 DISMISSED.
 Before PHILLIPS and MURNAGHAN, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Melvin White seeks to appeal the magistrate's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254.* Our review of the record and the magistrate's opinion discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the magistrate. White v. Warden, CA-89-133-R (E.D.Va. Aug. 16, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.
 
 
 
 *
 The parties consented to the jurisdiction of the magistrate pursuant to 28 U.S.C. Sec. 636(c)